# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Karen Pinto,                                    :
                Petitioner        :
                                  :
        v.                     :        No. 739 C.D. 2018
                                    :
Workers' Compensation Appeal               :
Board (Main Line Healthcare),              :
                Respondent       :

## **O R D E R**

NOW, March 28, 2019, upon consideration of petitioner's application for reargument, and respondent's answer in response thereto, the application is denied.

 

                                                  MARY HANNAH LEAVITT,
                                                  President Judge